Argued and submitted February 25, affirmed April 7, petition for review denied August 26, 2021 (368 Or 515)

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

DEE SWISS THOMAS IV,
*Defendant-Appellant.*

Douglas County Circuit Court
19CR19914; A171235

484 P3d 1126

Ann Marie Simmons, Judge. (Judgment)

Frances Elaine Burge, Judge. (Amended Judgment)

Francis C. Gieringer, Deputy Public Defender, argued the cause for appellant. Also on the brief was Ernest G. Lannet, Chief Defender, Criminal Appellate Section, Office of Public Defense Services.

Peenesh Shah, Assistant Attorney General, argued the cause for respondent. Also on the brief were Ellen F. Rosenblum, Attorney General, and Benjamin Gutman, Solicitor General.

Before Ortega, Presiding Judge, and Shorr, Judge, and Powers, Judge.

PER CURIAM

Affirmed.

**PER CURIAM**

A unanimous jury found defendant guilty of two counts of first-degree forgery, ORS 165.013; and two counts of second-degree theft, ORS 164.045. Defendant also pleaded guilty to one count each of felon in possession of a firearm, ORS 166.270(1), and carrying a concealed weapon, ORS 166.240, but does not challenge his convictions on those counts. On appeal, defendant makes numerous arguments related to evidentiary issues concerning the forgery and theft convictions. We reject each of those arguments without discussion. Defendant also argues that the trial court erred both by providing a jury instruction allowing nonunanimous verdicts and by accepting the verdicts after the erroneous instruction.

While, in light of *Ramos v. Louisiana*, 590 US ___, 140 S Ct 1390, 206 L Ed 2d 583 (2020), providing a nonunanimous jury instruction was erroneous, it does not follow that receiving unanimous verdicts and entering convictions on those verdicts requires reversal as defendant requests. Where, as here, the jury returned unanimous verdicts, as evidenced in this case by a poll, the erroneous jury instruction was rendered "harmless beyond a reasonable doubt." *State v. Ciraulo*, 367 Or 350, 354, 478 P3d 502 (2020).

Affirmed.